UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH KAY MILLER, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 1:05CV950 M |
| KIRK DAWSON GOGGANS; and Fictitious Defendants "A", "B" and "C", being those persons, corporations, or other legal entities whose identities are unknown to the Plaintiff at this time but will be supplemented hereto by way of amendment upon discovery thereof, | ) ) ) ) ) ) ) |
| Defendants | ) |

**DEFENDANT'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Kirk Dawson Goggans (Defendant) removes this case from the Circuit Court of Houston County, Alabama, and in support of such removal, respectfully shows this Court as follows:

1.

Plaintiff, Deborah Kay Miller, brought suit against the Defendant in the Circuit Court of Houston County, Alabama, said action being designated as Case No. CV-2005-555 H ("State Court Action").

2.

In the State Court Action, Plaintiff seeks damages for the Defendant's alleged negligence and wantonness which caused the Plaintiff to suffer "serious and significant bodily injury, pain and suffering, mental anguish and loss of enjoyment of life," for which she requests both compensatory and punitive damages in an unspecified amount. The

Defendant submits that the amount is controversy exceeds $75,000.00, exclusive of interest and costs.

3.

This Court has subject matter jurisdiction pursuant to diversity of citizenship, 28 U.S.C.§ 1332. According to the allegations of her Complaint, Plaintiff is a resident citizen of Houston County, Alabama. On information and belief, the Plaintiff is a citizen of Houston County, Alabama.

4.

The Defendant is a resident and citizen of Clayton County, Georgia, and therefore there is complete diversity of citizenship between the parties.

5.

The Defendant attaches hereto a copy of the Plaintiff's Complaint, Summons, and any and all other process, pleadings, and Orders served upon the Defendant in the State Court Action and contained in the Court file as certified by the Clerk of the Circuit Court of Houston County, Alabama.

6.

Defendant files this Notice of Removal within thirty (30) days of receipt of Plaintiff's Complaint in the State Court Action, which was the first pleading received by the Defendant through service setting forth the claim for relief upon which said action is based.

7.

This case is removable by reason of complete diversity of citizenship between the parties, a nonresident Defendant, and the aggregate amount in controversy exceeds

$75,000.00, exclusive of interest and costs.  Accordingly, this Court has jurisdiction to hear this matter pursuant to 28 U.S.C. § 1332.

WHEREFORE, Defendant respectfully submits this Notice of Removal of the State Court Action to this Court this 5th day of October, 2005.

RAMSEY, BAXLEY & MCDOUGLE

By _____
Joel W. Ramsey        RAM 005
Attorneys for Defendant
P.O. Drawer 1486
Dothan, Alabama 36302
(334) 793-6550

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon M. Adam Jones, Esq., P.O. Box 1649, Dothan, Alabama 36302, attorney for the Plaintiff, by depositing the same in the United States Mail, postage prepaid and properly addressed.

This, the 5th day of October, 2005.

_____
Joel W. Ramsey