| | | |
|---|---|---|
| DEBORAH KAY MILLER, | ) | IN THE CIRCUIT COURT OF |
| | | HOUSTON COUNTY, ALABAMA |
| Plaintiff, | ) | |
| | | |
| vs. | ) | |
| | | CASE NO. CV-05-555 H |
| KIRK DAWSON GOGGANS; and | ) | |
| Fictitious Defendants "A", "B" and | | |
| "C", being those persons, corporations, | ) | |
| or other legal entities whose identities | | JURY DEMAND |
| are unknown to the Plaintiff at this time | ) | |
| but will be supplemented hereto by way | | |
| of amendment upon discovery thereof, | ) | |
| | | |
| Defendants. | ) | |

## CLERK'S CERTIFICATE

I hereby certify that the attached documents constitute a complete copy of the

above case as presently pending. Please note that, as per our local rule, Discovery

Motions are not ordinarily filed and none are a part of this file.

This the 5th day of October, 2005

*Judy Byrd*
JUDY BYRD, CLERK

By *Elaine Love*
Elaine Love, Deputy Clerk

1

```
| AVS0351                                                                      |
|                                                    CV 2005 000555.00         |
|                                                                              |
|----------------------------------------------------------------------------- |
|                                          JUDGE: DENNY L. HOLLOWAY            |
|                          ALABAMA JUDICIAL DATA CENTER                         |
|                             CASE ACTION SUMMARY                               |
|                                CIRCUIT CIVIL                                  |
|-----------------------------------------------------------------------------  |
|   IN THE CIRCUIT  COURT OF  HOUSTON       COUNTY                             |
|                                                                              |
|   DEBORAH KAY MILLER VS KIRK DAWSON GOGGANS                                   |
|   FILED:  09/06/2005 TYPE: NEGLIGENCE MOTOR VEH TYPE TRIAL: JURY    TRACK:   |
|                                                                              |
| ****************************************************************************** |
| DATE1:                  CA:                     CA DATE:                      |
| DATE2:                  AMT:            $.00  PAYMENT:                         |
| DATE3:                                                                        |
| ****************************************************************************** |
| PLAINTIFF  001: MILLER DEBORAH KAY                                            |
|                                         ATTORNEY: JONES M ADAM                |
|                                         JON126    MORRIS,CARY,ANDREWS        |
|                  , AL  00000-0000                 P.O. BOX 1649              |
|                  PHONE: (334)000-0000             DOTHAN, AL  36302          |
|   ENTERED:  09/12/2005 ISSUED:          TYPE:         (334)792-1420          |
|   SERVED:               ANSWERED:             JUDGEMENT:                      |
|----------------------------------------------------------------------------- |
| DEFENDANT  001: GOGGANS KIRK DAWSON                                           |
|                 2809 STOCKBRIDGE RD       ATTORNEY:                           |
|                                                                              |
|                 JONESBORO, GA  30236-0000                                     |
|                 PHONE: (334)000-0000                                          |
|   ENTERED:  09/12/2005 ISSUED:  09/12/2005 TYPE:     CERTIFIED               |
|   SERVED:   9-17-05     ANSWERED:             JUDGEMENT:                      |
|----------------------------------------------------------------------------- |
|                 9/6/05 COMP, 9/12 SMS BY CERT ML                            |
|                                                                              |
| -------|----------------------------------------------------------------     |
| -------|----------------------------------------------------------------     |
| -------|----------------------------------------------------------------     |
| -------|----------------------------------------------------------------     |
| -------|----------------------------------------------------------------     |
| -------|----------------------------------------------------------------     |
| -------|----------------------------------------------------------------     |
| -------|----------------------------------------------------------------     |
| -------|----------------------------------------------------------------     |
| -------|----------------------------------------------------------------     |
| -------|----------------------------------------------------------------     |
| -------|----------------------------------------------------------------     |
| -------|----------------------------------------------------------------     |
| -------|----------------------------------------------------------------     |
| -------|----------------------------------------------------------------     |
| -IK  09/13/2005                                  CV 2005 000555.00           |
```

*1*

AVS0353

**ALABAMA JUDICIAL DATA CENTER**
**FEE SHEET**
**CIRCUIT CIVIL**                          CASE: CV 2005 000555.00

IN THE CIRCUIT COURT OF HOUSTON    COUNTY    JUDGE: DENNY L. HOLLOWAY

DEBORAH KAY MILLER VS KIRK DAWSON GOGGANS
PATTY: JONES M ADAM                   DATTY:
        MORRIS,CARY,ANDREWS
        P.O. BOX 1649
        DOTHAN, AL 36302

| CIVIL FEE SUMMARY | DATE | DATE | DATE | DATE | CONTINUATION | DATE | DATE | DATE | DATE |
|---|---|---|---|---|---|---|---|---|---|
| DOCKET FILING FEE | AMT | AMT | AMT | AMT | | AMT | AMT | AMT | AMT |
| SM(<)    $37.00 | | | | | OTHER SERVICES | | | | |
| SM(>)   $111.00 | | | | | COMMISSION ON SALE | | | | |
| DIST    $202.00 | | | | | JUDGEMENTS | | | | |
| CIRC    $201.00 | | | | | POST JUDGEMENT FEE | | | | |
| JU/CS   $104.00 | | | | | ATTACHMENTS | | | | |
| LAW LIBRARY TAX | 2.00 | | | | GARNISHMENTS | | | | |
| JURY DEMAND | | | | | EXECUTION | | | | |
| SERVICE FEES | | | | | APPEAL COSTS | | | | |
| EACH DEF OVER | | | | | LOWER COURT COSTS | | | | |
| | | | | | OTHER | | | | |
| CERT MAIL | | | | | COURT ADM FUND | | | | |
| SUBPOENA EACH | | | | | FAMILY COURT | | | | |
| ABND VEH   $37.00 | | | | | SHERIFF'S FEE | | | | |
| WORKERS | | | | | | | | | |
| COMP      $149.00 | | | | | TOTAL COSTS | | | | |

| CASH RECEIPTS/FROM | DATE RECEIVED | RECEIPT NUMBER | AMOUNT RECEIVED | GARNISHEE |
|---|---|---|---|---|
| *Adam Jones* | 9-12-05 | 28403 | $401.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| DISBURSEMENTS PAID TO | DATE PAID | CHECK NO | AMOUNT PAID |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

LIK   09/13/2005

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _Kirk_ ☐ Agent ☐ Addressee

B. Received by ( *Printed Name* ) — KIRK GOGGANS    C. Date of Delivery — 9-17-05

1. Article Addressed to: CV-05-555H

Kirk Dawson Goggans
2809 Stockbridge Road
Jonesboro, GA 30236

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

*filed 9/21/05*
*Judy Byrd, Clerk*
*cB*

S&C

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)  ☒ Yes

2. Article Number
(*Transfer from service label*)

7005 0390 0006 2757 7330

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

AVSO300                    ALABAMA JUDICIAL DATA CENTER
                              HOUSTON      COUNTY

                                SUMMONS
                                                  CV 2005 000555.00

```
|-----------------------------------------------------------------------|
|             IN THE CIRCUIT  COURT OF  HOUSTON      COUNTY             |
| DEBORAH KAY MILLER VS KIRK DAWSON GOGGANS                             |
|                                                                      |
|      SERVE ON: (D001)                                                |
|                                                                      |
|                                  PLAINTIFF`S ATTORNEY                 |
|                                                                      |
|   GOGGANS KIRK DAWSON            JONES M ADAM                         |
|   2809 STOCKBRIDGE RD            MORRIS,CARY,ANDREWS                   |
|                                 P.O. BOX 1649                         |
|   JONESBORO     ,GA  30236-0000 DOTHAN          ,AL  36302-0000       |
|-----------------------------------------------------------------------|
| TO THE ABOVE NAMED DEFENDANT:                                        |
|                                                                      |
|  THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST
| TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS, YOU OR YOUR ATTORNEY ARE
| REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER   |
| ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS
| ATTORNEY(S) SHOWN ABOVE OR ATTACHED:                                 |
|                                                                      |
|  THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS
| AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE  |
| ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
| YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE COURT BELOW.  |
|-----------------------------------------------------------------------|
|                                                                      |
|  ( )  TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR
|       4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE: |
|       YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE|
|       COMPLAINT IN THIS ACTION UPON DEFENDANT.                        |
|                                                                      |
|  (X)  THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE
|       WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C)
|       OF THE ALABAMA RULES OF CIVIL PROCEDURE.                       |
|                                                                      |
|  DATE: 09/12/2005                    CLERK:JUDY BYRD          BY      |
|                                           P.O.DRAWER 6406            |
|                                           DOTHAN  AL   36302         |
|-----------------------------------------------------------------------|
|    RETURN ON SERVICE:                                                |
|                                                                      |
|  ( )  CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____|
|       (RETURN RECEIPT HERETO ATTACHED)                               |
|                                                                      |
|  ( )  I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND |
|                                                                      |
|       COMPLAINT TO _____ |
|                                                                      |
|       IN _____ COUNTY, ALABAMA ON (DATE) _____ |
|                                                                      |
|  _____           _____  |
|  DATE                                  SERVER SIGNATURE              |
|                                                                      |
|  _____           _____  |
|  SERVER ADDRESS                        TYPE OF PROCESS SERVER        |
|                                                                      |
|-----------------------------------------------------------------------|
```
OPERATOR: LIK
PREPARED: 09/12/2005

**FILED**

## IN THE CIRCUIT COURT OF
## HOUSTON COUNTY, ALABAMA

SEP 0 6 2005

*Judy Byrd*
JUDY BYRD, CLERK
HOUSTON CO., AL

| | |
|---|---|
| **DEBORAH KAY MILLER** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **KIRK DAWSON GOGGANS;** | ) |
| **and Fictitious Defendants "A",** | ) |
| **"B" and "C", being those persons, corporations,** | ) |
| **or otherlegal entities whose identities are** | ) |
| **unknown to the Plaintiff at this time but will be** | ) |
| **supplemented hereto by way of amendment** | ) |
| **upon discovery thereof,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

Case No. CV-2005- **555 H**

**JURY TRIAL REQUESTED**

## COMPLAINT

COMES NOW the Plaintiff in the above-styled matter, by and through counsel, and hereby submits the following Complaint at Law, to be answered in accordance with, and pursuant to the time constraints of, the Alabama Rules of Civil Procedure.

### STATEMENT OF THE PARTIES

1. Plaintiff, Deborah Miller, is over the age of nineteen (19) years and is a resident citizen of Houston County, Alabama.

2. Defendant, Kirk Goggans, is through information and belief over the age of nineteen (19) years and a resident citizen of Jonesboro, Georgia

3. Fictitious Defendants "A", "B" and "C" are those persons, corporations, and/or other legal entities whose identities are as of yet unknown to the Plaintiff but will be supplemented hereto by way of amendment upon the discovery thereof.

## STATEMENT OF THE FACTS

4.    On or about September 18, 2003, Plaintiff Deborah Miller (hereinafter "Miller") was traveling as a passenger in a motor vehicle along South Oates Street in Houston County, Alabama, which had slowed to make a left-hand turn.

5.    At the same time, Defendant Kirk Goggans (hereinafter "Goggans") and/or Fictitious Defendant "A" was also traveling along South Oates Street in a separate vehicle when he allowed said vehicle to slam into the rear-end of the vehicle in which Miller was traveling.

6.    As a direct result thereof, Dwight Williams was caused to suffer severe and permanent injuries.

## COUNT ONE
## NEGLIGENCE, WANTONNESS AND/OR WILLFULNESS

7.    Plaintiff re-alleges all prior paragraphs as if set out in full herein.

8.    Defendant Goggans and/or Fictitious Defendant "A" owed a duty to the Plaintiff to use reasonable care in operating her motor vehicle.

9.    Defendant Goggans and/or Fictitious Defendant "A" negligently, wantonly, and/or willfully breached the duty of care owed to the Plaintiff and referenced above.

10.    As a direct and proximate result of Defendants' negligence, wantonness and/or willfulness, the Plaintiff was caused to suffer serious and significant bodily injury.

## **PRAYER FOR RELIEF**

11. Plaintiff re-alleges all prior paragraphs as if set out in full herein.

12. As a result of the Defendant's negligence, Plaintiff has been caused to suffer serious and severe bodily injury, pain and suffering, mental anguish, and loss of enjoyment of life.

13. Plaintiff demands judgment against the Defendant for both compensatory and punitive damages in an amount which a jury deems fit, plus attorney's fees, costs of court, and all other equitable relief deemed appropriate by this Honorable Court.

## **JURY TRIAL DEMANDED ON ALL COUNTS SO TRIABLE.**

Respectfully submitted this the _6_ day of _Sept_, 2005.

MORRIS, CARY, ANDREWS,
TALMADGE & JONES, LLC

M. ADAM JONES (JON-126)
Attorney for Plaintiff

Of Counsel:
P.O. Box 1649
3334 Ross Clark Circle
Dothan, AL 36302
Tel: 334-792-1420
Fax: 334-673-0077
ajones@mcatlaw.com

Please serve the defendant at the following:

Kirk Dawson Goggans
2809 Stockbridge Road
Jonesboro, GA 30236

| State of Alabama Unified Judicial System | **COVER SHEET CIRCUIT COURT – CIVIL CASE** (Not For Domestic Relations Cases) | Case Number |
|---|---|---|
| Form ARCiv-93    Rev.5/99 | | C V 2 0 0 5 555 H . |
| | | Date of Filing: 0 9 0 6 2 0 0 5    Judge Code: |
| | | Month    Day    Year |

IN THE CIRCUIT COURT OF _____ **HOUSTON** _____, ALABAMA

*(Name of County)*

**DEBORAH KAY MILLER** _____ v. _____ **KIRK DAWSON GOGGANS**

| **First Plaintiff** | **Plaintiff** | | **First Defendant** | **Defendant** | |
|---|---|---|---|---|---|
| | ☐ Business | ☒ Individual | | ☐ Business | ☒ Individual |
| | ☐ Government | ☐ Other | | ☐ Government | ☐ Other |

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) the best characterizes your action:

**TORTS: PERSONAL INJURY**

☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☒ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**

☐ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**

☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**

☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN** *(check one):* F ☒ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER: _____

R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☒ YES ☐ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☒ MONETARY AWARD REQUESTED    ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

M A J 1 2 6    SEPTEMBER 6, 2005 _____ _/M. _____

Date    Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☐ NO ☒ UNDECIDED