UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2005 OCT 14  A 9: 44

| | |
|---|---|
| DEBORAH KAY MILLER, ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | CASE NO. 1: 05 CV 00950-VPM |
| KIRK DAWSON GOGGANS; ) | |
| and Fictitious Defendants "A", "B" | |
| and "C", being those persons, corporations, ) | |
| or other legal entities whose identities | |
| are unknown to the Plaintiff at this time ) | JURY DEMAND |
| but will be supplemented hereto by way | |
| of amendment upon discovery thereof, ) | |
| Defendants ) | |

## ANSWER

Comes now the Defendant, Kirk Dawson Goggans, and for Answer to the Plaintiff's Complaint, says as follows:

1. He admits the allegations of paragraphs 1 and 2.

2. He has no knowledge of the fictitious Defendants A, B and C referred to in paragraph 3.

3. He admits the allegations of paragraph 4.

4. He denies all other material allegations of the Plaintiff's Complaint and demands strict proof thereof.

5. Not Guilty and the general issue.

RAMSEY, BAXLEY & MCDOUGLE

By _____
Joel W. Ramsey          RAM 008
Attorneys for Defendant
P.O. Drawer 1486
Dothan, Alabama 36302
(334) 793-6550

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon M. Adam Jones, Esq., P.O. Box 1649, Dothan, Alabama 36302, attorney for the Plaintiff, by depositing the same in the United States Mail, postage prepaid and properly addressed.

This, the 13th day of October, 2005.

_____
Joel W. Ramsey