IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DEBORAH KAY MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05cv950-M |
| | ) | |
| KIRK DAWSON GOGGANS, | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_11-9-05_
DATE

_[signature]_
SIGNATURE

_Deborah Kay Miller_
COUNSEL FOR (print name of all parties)

_P.O. Box 1649, Dothan, AL 36302_
ADDRESS, CITY, STATE, ZIP CODE

_334-792-1420_
TELEPHONE NUMBER

\*\*\* **DO NOT FILE THIS DOCUMENT ELECTRONICALLY** \*\*\*

3