IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH KAY MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05cv950-M |
| ) | |
| KIRK DAWSON GOGGANS, ) | |
| ) | |
| Defendant. ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

__November 10, 2005__                    _____
DATE                                                       SIGNATURE

                                                           Kirk Dawson Goggans
                                                           COUNSEL FOR (print name of all parties)

                                                           P.O. Drawer 1486, Dothan, AL 36302
                                                           ADDRESS, CITY, STATE, ZIP CODE

                                                           (334) 793-6550
                                                           TELEPHONE NUMBER

\*\*\* **DO NOT FILE THIS DOCUMENT ELECTRONICALLY** \*\*\*

3