UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH KAY MILLER, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) CIVIL ACTION NO. 1:05 CV 950-M |
| KIRK DAWSON GOGGANS, | ) |
| Defendant | ) |

**REQUEST TO HAVE SCHEDULING CONFERENCE BY TELEPHONE**

Comes now Defendant Kirk Dawson Goggans, by and through his attorney, and shows unto the Court as follows:

1. The parties are in agreement for this case to be tried before the United States Magistrate Judge.

2. The Court has notified the parties of a Scheduling Conference on November 29, 2005, at 10:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex in Montgomery.

3. The Defendant's attorney has a conflict in that he has a case set for trial in the Circuit Court of Dale County at that time.

4. He requests that this Scheduling Conference be held by telephone so that he will not have to request that it be rescheduled.

5. Plaintiff's counsel is agreeable to this request that the Scheduling Conference be done by telephone.

6.  Plaintiff and Defense counsel anticipate that they will be able to agree to a proposed discovery and trial schedule. Therefore, this hearing should not take much of the Court's time.

WHEREFORE, the Defendant, with the Plaintiff's consent, hereby requests that the Court allow the Plaintiff's attorney to arrange a telephone conference call on November 29, 2005, at 10:00 a.m. for the purpose of conducting the Scheduling Conference.

RAMSEY, BAXLEY & MCDOUGLE

By_____
Joel W. Ramsey            RAM 005
Attorneys for Defendant
P.O. Drawer 1486
Dothan, Alabama 36302
(334) 793-6550

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon M. Adam Jones, Esq., P.O. Box 1649, Dothan, Alabama 36302, attorney for the Plaintiff, by depositing the same in the United States Mail, postage prepaid and properly addressed.

This, the 10th day of November, 2005.

_____
Joel W. Ramsey