IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEBORAH KAY MILLER**,  )  <br>  )  <br>  Plaintiff,  )  <br>  )  <br> vs.  )   Civil Action No. 1:05cv950-M  <br>  )  <br> **KIRK DAWSON GOGGANS**,  )  <br>  )  <br>  Defendant.  )  <br> _____)  | |

### REPORT OF PARTIES' PLANNING MEETING

**Appearances.** In accordance with Fed.R.Civ.P.26(f), a meeting was held by telephone between the following:

**M. Adam Jones**, Counsel for the Plaintiff
**Joel W. Ramsey**, Counsel for the Defendant

**Pre-discovery Disclosures.** The parties will exchange by December 2, 2005 the information required by Fed.R.Civ.P.26(a)(1).

**Discovery Plan.** The parties jointly propose the following discovery plan:

Discovery will be needed on the following subjects:

All information pertaining to plaintiff's claims and damages.
All information pertaining to defendant's defenses.

All discovery commenced in time to be completed by October 2, 2006.

Maximum of 40 interrogatories from each party to any other party, with answers due within 30 days of service.

Maximum of 20 requests for admissions from each party to any other party, with responses due within 30 days of service.

>   Maximum of 40 requests for production from each party to any other party, with responses due within 30 days of service.
>
>   Maximum of 10 depositions by plaintiff and 10 depositions by defendant.
>
>   All depositions shall be limited to a maximum of 7 hours unless extended by agreement of the parties.

Reports from retained experts under Rule 26(a)(2) due:

>   From Plaintiff by June 1, 2006
>
>   From Defendant by July 1, 2006
>
>   Supplementations pursuant to Rule 26(e) will be no later than 30 days prior to the end of the discovery period.

**Other Items.**

>   The parties do not request a conference with the Court before entry of the Scheduling Order.
>
>   The parties request a pretrial conference in October/November 2006.
>
>   Plaintiff should be allowed until April 1, 2006 to join additional parties and to amend the pleadings.
>
>   Defendant should be allowed until April 1, 2006 to join additional parties and to amend the pleadings.
>
>   All potentially dispositive motions should be filed by September 1, 2006.
>
>   The potential for settlement cannot be evaluated until the parties' depositions have been completed.
>
>   Rule 26(a)(3) lists of trial witnesses and exhibits are due no later than 30 days prior to trial.

    Objections under Rule 26(a)(3) to trial witness and/or exhibit lists are due no later than 14 days from service.

    The case should be ready for trial on November 27, 2006, and it is expected that the trial will last no more than 3 days.

Respectfully submitted this the 18th day of November, 2005.

/s/ M. Adam Jones (JON-126)
Counsel for Plaintiff
MORRIS, CARY, ANDREWS,
   TALMADGE & JONES, LLC
3334 Ross Clark Circle
P.O. Box 1649
Dothan, Al 36302
Tel:  334-792-1420
Fax:  334-673-0077
ajones@mcatlaw.com

/s/  Joel W. Ramsey
Counsel for Defendant
Ramsey, Baxley & McDougle
212 W. Troy Street
P.O. Drawer 1486
Dothan, Al 36302
Tel:  334-793-6550
Fax:  334-793-1433
jwr@rbmlaw.org