IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH KAY MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:05cv950-M |
| | ) |
| KIRK DAWSON GOGGANS, | ) |
| | ) |
| Defendant. | ) |

# O R D E R ON MOTION

Upon consideration of the Request to Have Scheduling Conference by Telephone filed on 14 November 2005, and for good cause, it is

ORDERED that the request is GRANTED. The scheduling conference set for 29 November 2005 at 10:00 a.m. will be held by telephone and arranged by counsel for the Plaintiff.

DONE this 21st day of November, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE