## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DEBORAH KAY MILLER** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Civil Action No. 1:05cv950-M |
| ) | |
| **KIRK DAWSON GOGGANS,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

### MOTION TO DISMISS FICTICIOUS DEFENDANTS "A", "B" & "C"

COMES NOW the Plaintiff in the above styled matter, by and through counsel, and hereby moves that this Honorable Court dismiss Fictitious Defendants "A", "B" & "C" without prejudice.

RESPECTFULLY submitted this the 29th day of November, 2005.

/s/ M. Adam Jones (JON-126)
Counsel for Plaintiff
MORRIS, CARY, ANDREWS,
  TALMADGE & JONES, LLC
3334 Ross Clark Circle
P.O. Box 1649
Dothan, Al 36302
Tel:  334-792-1420
Fax:  334-673-0077
ajones@mcatlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have on November 29, 2005, served a copy of the foregoing pleading electronically via CM/ECF system and by placing a copy of same in the United States mail, postage pre-paid, and properly addressed as follows:

    /s/  Joel W. Ramsey
    Counsel for Defendant
    Ramsey, Baxley & McDougle
    212 W. Troy Street
    P.O. Drawer 1486
    Dothan, Al 36302
    Tel:  334-793-6550
    Fax:  334-793-1433
    jwr@rbmlaw.org