# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN, DIVISION
Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 11/29/05          DIGITAL RECORDING: 9:59 - 10:04

DATE COMPLETED: 11/29/05

Deborah Kay Miller

vs                                      1:05cv950-VPM

Kirk Dawson Goggans

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| M. Adam Jones<br>(334) 792-1420 | | Joel Wardlaw Ramsey<br>(334) 793-9550 |

---

**COURT OFFICIALS PRESENT:**

Wanda A. Robinson, Courtroom Deputy

---

**PROCEEDINGS:**

( ) JURY TRIAL
(x) OTHER PROCEEDINGS:   Telephone Scheduling Conference

| Description | 1:05cv950-VPM Deborah Kay Miller v. Kirk Dawson Goggans; Scheduling Conference |
|---|---|
| Date | 11/29/2005 |
| Location | Courtroom 5A |

| Time | Speaker | Note |
|---|---|---|
| 9:59:53 AM | Court | Opens Proceeding; Questions discovery plan |
| 10:00:31 AM | Parties | Address Discovery |
| 10:01:02 AM | Court | Questions Any Settlement Negotiations |
| 10:01:37 AM | Plaintiff | Better than average shot of Settlement |
| 10:02:17 AM | Court | Addresses the issue of locations of documents, medical treatment and witnesses |
| 10:03:11 AM | Court | Ask Plaintiff to short circuit fictious parties; file a motion to dismiss fictious parties |
| 10:03:53 AM | Plaintiff | Will do |
| 10:03:57 AM | Court | Tentatively set for 11/27/06 Trial term; Jury Selection with Judge Boyd |
| 10:04:39 AM | | Court in Recess |