IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DEBORAH KAY MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05cv950-M |
| | ) | |
| KIRK DAWSON GOGGANS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON MOTION

Upon consideration of the plaintiff's Motion to Dismiss Fictitious Defendants "A", "B" & "C" (Doc. #9), filed on 29 November 2005, and for good cause, it is

ORDERED that the motion is GRANTED.

DONE this 20th day of December, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE