IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH KAY MILLER | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    Civil Action No. 1:05cv950 |
| | ) |
| KIRK DAWSON GOGGANS, | ) |
| | ) |
|     Defendant. | ) |

## MOTION TO WITHDRAW

    COMES NOW the undersigned counsel and hereby respectfully moves that this Honorable Court allow him to withdraw as counsel for the Plaintiff in the above-styled matter.  As grounds, the undersigned will show unto the Court that a complete breakdown of communication as occurred between the undersigned and the Plaintiff, to the extent that the undersigned cannot reasonably, adequately, and in good conscience represent the Plaintiff any further in this matter. The undersigned would further show unto the Court that he has been informed that the Plaintiff has employed, or is in the process of employing, new counsel.

    RESPECTFULLY submitted this the 4th day of December, 2006.

    /s/ M. Adam Jones (JON-126)
    Counsel for Plaintiff
    MORRIS, CARY, ANDREWS,
      TALMADGE & JONES, LLC
    3334 Ross Clark Circle
    P.O. Box 1649
    Dothan, Al 36302
    Tel:  334-792-1420
    Fax:  334-673-0077
    ajones@mcatlaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that I have on December 4, 2006, served a copy of the foregoing pleading electronically via CM/ECF system and by placing a copy of same in the United States mail, postage pre-paid, and properly addressed as follows:

/s/ Joel W. Ramsey
Counsel for Defendant
Ramsey, Baxley & McDougle
212 W. Troy Street
P.O. Drawer 1486
Dothan, Al 36302
Tel: 334-793-6550
Fax: 334-793-1433
jwr@rbmlaw.org


                                              /s/ M. Adam Jones (JON-126)