IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH KAY MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:05cv950-WC |
| | ) |
| KIRK DAWSON GOGGANS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

On 5 December 2006, counsel for the plaintiff filed a Motion to Withdraw (Doc. #17). Plaintiff's counsel has in their motion that the plaintiff has "employed, or is in the process of employing, new counsel". Accordingly, it is

ORDERED that the motion to withdraw is GRANTED. It is further

ORDERED that on or before 22 December 2006, the plaintiff shall file with the court written notice of their representation by new counsel or written notice of their desire to proceed with this litigation *pro se*. In addition, newly obtained counsel of record shall file a Notice of Appearance upon receipt of this order.

The parties are reminded that this case is set for a ***pretrial conference*** on 23 February 2007, and the ***trial*** of this case is set for 26 March 2007.

DONE this 6th day of December, 2006.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE