UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH KAY MILLER, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 1: 05 CV 00950-VPM |
| KIRK DAWSON GOGGANS, | ) |
| Defendant | ) |

### STIPULATION FOR DISMISSAL

Come now the Parties in the above styled cause and show unto the Court that they have settled this case between themselves. Wherefore they move that this case be dismissed with prejudice, with each party to bear his or her costs.

By _Deborah Miller_
Deborah Kay Miller
Plaintiff Pro Se

RAMSEY, BAXLEY & MCDOUGLE

By _____
Joel W. Ramsey   RAM 005
Attorneys for Defendant
P. O. Drawer 1486
Dothan, Alabama 36302