IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH KAY MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:05cv950-WC |
| | ) |
| KIRK DAWSON GOGGANS, | ) |
| | ) |
| Defendant. | ) |

# ORDER

On January 22, 2007, the parties filed a Joint Stipulation of Dismissal With Prejudice (Doc. #19). Upon the court's review of the joint stipulation, it is ORDERED and ADJUDGED as follows:

1    This action is hereby dismissed with prejudice; and

2.    Each party shall bear their own costs.

The clerk of court is DIRECTED to TERMINATE all pending motions in this case, denied as moot.

DONE this 23rd day of January, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE